834

No. 73–1754. INTERNATIONAL SHOE MACHINE CORP. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–1756. BIDDLE, ADMINISTRATRIX *v.* BOWSER. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 73–1761. DISTRIGAS CORP. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 73–1769. THOMPSON *v.* UNITED STATES; and
No. 73–6622. TERESI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 493 F. 2d 305.

No. 73–1771. SPRINGER ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1775. BRADFORD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1778. RODGERS *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 73–1781. NICKEY CHEVROLET SALES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 73–1784. GONZALES ET VIR *v.* CHECKER CABS, INC., ET AL. Sup. Ct. La. Certiorari denied.

No. 73–1785. WELLMAN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.